## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kulasek, Shirley M

Printed: 03/10/09

Case Number:  06 B 10722
Judge:  Wedoff, Eugene R
Filed:  8/30/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  January 28, 2009
Confirmed:  October 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 43,975.44 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 38,985.81 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,314.00 |
| Trustee Fee: |  | 2,674.84 |
| Other Funds: |  | 0.79 |
| Totals: | 43,975.44 | 43,975.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph P Doyle | Administrative | 2,314.00 | 2,314.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 1,439.98 | 1,439.98 |
| 5. | ECast Settlement Corp | Unsecured | 1,061.27 | 1,061.27 |
| 6. | Kohl's/Kohl's Dept Stores | Unsecured | 1,124.30 | 1,124.30 |
| 7. | ECast Settlement Corp | Unsecured | 7,521.42 | 7,521.20 |
| 8. | Resurgent Capital Services | Unsecured | 18,652.37 | 18,651.82 |
| 9. | ECast Settlement Corp | Unsecured | 197.00 | 197.00 |
| 10. | RoundUp Funding LLC | Unsecured | 370.49 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 2,324.11 | 2,324.11 |
| 12. | ECast Settlement Corp | Unsecured | 6,666.33 | 6,666.13 |
| 13. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 14. | Chase Manhattan Mortgage Corp | Secured | | No Claim Filed |
| 15. | Home Depot | Unsecured | | No Claim Filed |
| 16. | GEMB | Unsecured | | No Claim Filed |
| 17. | Lakeside Dental | Unsecured | | No Claim Filed |
| | | | $ 41,671.27 | $ 41,299.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 226.96 |
| 5.4% | 506.54 |
| 6.5% | 1,940.02 |
| 6.6% | 1.32 |
| | $ 2,674.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kulasek, Shirley M

Printed: 03/10/09

Case Number:  06 B 10722

Judge:  Wedoff, Eugene R

Filed:  8/30/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: